IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01648-AP

LYNN T. JONES,

    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Michael W. Seckar
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
719-543-8403 (facsimile)
seckarlaw@mindspring.com

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

David I. Blower
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-1571
303-844-0770 (facsimile)
David.blower@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed**: 6/24/13

    B.    **Date Complaint Was Served on U.S. Attorney's Office**: 8/1/13

    C.    **Date Answer and Administrative Record Were Filed**: 9/26/13

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case does not raise unusual claims or defenses.

## 7. OTHER MATTERS

The parties state that there are no other matters.

## 8. BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due**: 11/25/13

    B.    **Defendant's Response Brief Due**: 12/26/13

    C.    **Plaintiff's Reply Brief (If Any) Due**: 1/10/14

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

  **A.** **Plaintiff's Statement:** Plaintiff does not request oral argument.

  **B.** **Defendant's Statement:** Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

  **A.** **(  )** All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

  **B.** **( X )** All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 15th day of October, 2013.

            BY THE COURT:

            *s/John L. Kane*
            U.S. DISTRICT COURT JUDGE

APPROVED:

        John F. Walsh
        United States Attorney

s/ Michael Seckar
402 W. 12th Street
Pueblo, CO 81003
719-473-1515
719-543-8403 (facsimile)
seckarlaw@mindspring.com

    **By:** s/ *David I. Blower*
    Special Assistant U.S. Attorney
    1001 17th Street
    Denver, CO 80202
    303-844-1571
    303-844-0770 (facsimile)
    David.blower@ssa.gov
    Attorneys for Defendant

Attorneys for Plaintiff